**Harsh S. KATOCH, Appellant,**

v.

**MEDIQ/PRN LIFE SUPPORT SERVICES, INC.,
Appellee.**

**Nos. 07–3198, 08–1076.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 5, 2009.

Filed: June 23, 2009.

Naren Chaganti, Town & Country, MO, for Appellant.

Craig J. Hoefer, Polsinelli & Shalton, St. Louis, MO, for Appellee.

District of South Dakota.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Following this court's affirmance of the grant of summary judgment to defendant Mediq/PRN Life Support Systems, Inc. (Mediq) in Harsh Katoch's employment-discrimination action, *see Katoch v. Mediq/PRN Life Support Sys., Inc.*, 223 Fed. Appx. 532 (8th Cir.2007) (unpublished per curiam), the district court[1] entered the orders which are the subject of these consolidated appeals. We find no basis, and Katoch and his counsel have provided none, for reversing the district court's orders taxing costs in favor of Mediq, *see 168th & Dodge, LP v. Rave Reviews Cinemas, LLC*, 501 F.3d 945, 957–58 (8th Cir. 2007) (standard of review; prevailing party is presumed entitled to recover all costs); directing Katoch's counsel to pay attorney's fees under 28 U.S.C. § 1927 and the court's inherent authority, *see Tenkku v. Normandy Bank*, 348 F.3d 737, 743–44 (8th Cir.2003) (reviewing for abuse of discretion award of § 1927 sanctions, and for clear error related factual findings); or sanctioning Katoch's counsel for contempt, *see Jake's, Ltd. v. City of Coates*, 356 F.3d 896, 899–900 (8th Cir.2004) (reviewing for abuse of discretion decision to enter civil contempt order, and for clear error related factual findings). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.